United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LUIS ENRIQUE PEREZ RODRIGUEZ,** | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-06049 |
| **U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,** | § | |
| *Defendants.* | | |

**ORDER OF DISMISSAL**

Before the Court is the parties' Notice of Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. 12), signed by counsel for Plaintiff and counsel for Defendants. The stipulation reflects that on October 21, 2026, U.S. Citizenship and Immigration Services adjudicated and denied Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status, filed under the Cuban Adjustment Act, and that this adjudication has rendered moot the relief Plaintiff sought in this action. Having considered the stipulation and the record, the Court finds that dismissal is appropriate.

It is therefore **ORDERED** that Plaintiff's claim to compel adjudication of the Form I-485 denied on October 21, 2026 is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that this dismissal does not bar any action challenging the October 21, 2026, decision denying Plaintiff's Form I-485, or any action concerning any later motion or application.

It is further **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**, and the Clerk of Court is directed to **CLOSE** this case.

**SIGNED** at Houston, Texas, on this 16th day of November, 2026.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE